UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| WILLIAM KINNEY and MARGARET KINNEY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 3:18-CV-227-TAV-HBG |
| ANDERSON LUMBER COMPANY, INC. KIZER & BLACK ATTORNEYS, PLLC, McDONALD, LEVY, & TAYLOR, P.C., | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, this pro se civil action is **DISMISSED WITH PREJUDICE** based on plaintiffs' failure to state a claim upon which relief can be granted and the Court's declining to exercise supplemental jurisdiction over plaintiffs' remaining state law claims. Furthermore, plaintiffs are hereby **PRECLUDED, RESTRAINED,** and **ENJOINED** from filing any new civil actions in the United States District Court for the Eastern District of Tennessee **without first obtaining written certification from this Court that the complaint has some legal and factual merit**. To obtain this certification, plaintiffs must comply with the following requirements:

    1.    Plaintiffs must file a "Motion Pursuant to Court Order Seeking Leave to File" with any proposed complaint.

    2.    As an exhibit to that motion, plaintiffs must attach a declaration or sworn affidavit certifying that: (a) the claim is a new issue which has previously never been raised by them in any court and is unrelated to the conspiracies they have

alleged in prior filings; (b) the claim is not frivolous; and (c) the claim is not made maliciously or in bad faith.

3. By means of a second exhibit, plaintiffs must identify and list: (a) the full caption of each and every suit that has been previously filed by them in any court against each and every defendant in the suit that they wish to file, and (b) the full caption of each and every pending suit that has been previously filed by them or on their behalf.

Failure to comply with or satisfy the terms of this Order is grounds for this Court to deny any motion for leave to file made by plaintiffs.

The Clerk is **DIRECTED** to close this case and is further **PRECLUDED, RESTRAINED, AND ENJOINED** from accepting any complaint filed by plaintiffs unless it includes this Court's certification as set forth above.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE